# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 5/7/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge / Active | ☐ Nomination Date  ☐ Initial ✔ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 5/7/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Trust #1 (H) | | | | | | | | | |
| 2.  - Boeing* | A | Dividend | K | T | | | | | |
| 3.  - Deere & Co* | A | Dividend | K | T | | | | | |
| 4.  - General Electric* | C | Dividend | K | T | | | | | |
| 5.  - Pepsico* | A | Dividend | K | T | | | | | |
| 6.  - US Bancorp Delaware New* | A | Dividend | J | T | | | | | |
| 7.  - Abbott Labs* | A | Dividend | K | T | | | | | |
| 8.  - Atmos Energy* | B | Dividend | M | T | | | | | |
| 9.  - BP PLC* | B | Dividend | L | T | | | | | |
| 10.  - Cardinal Health Inc Ohio* | A | Dividend | L | T | | | | | |
| 11.  - Coca Cola* | A | Dividend | L | T | | | | | |
| 12.  - HSBC Holding* | A | Dividend | J | T | | | | | |
| 13.  - Key Corp* | A | Dividend | L | T | | | | | |
| 14.  - McDonald's* | D | Dividend | N | T | | | | | |
| 15.  - Royal Dutch Shell* | C | Dividend | K | T | | | | | |
| 16.  - Colgate Palmolive* | A | Dividend | K | T | | | | | |
| 17.  - Healthpeak Properties, Inc., fka HCP, Inc.* | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - T-Mobile (fka Sprint Nextel) | | None | J | T | | | | | |
| 19.    - Wisconsin Energy* | B | Dividend | L | T | | | | | |
| 20.    - Amgen* | A | Dividend | K | T | | | | | |
| 21.    - Verizon Communications* | B | Dividend | K | T | | | | | |
| 22.    - Merrill Lynch Money Market Account<br>(cash equivalent) | B | Interest | M | T | | | | | |
| 23.    - Key Bank Cash Accounts (cash equivalent) | C | Interest | M | T | | | | | |
| 24.    - Butler County Ohio Hospital Facilities<br>Revenue Bond | A | Interest | K | T | | | | | |
| 25.    - PPG | A | Dividend | K | T | | | | | |
| 26.    - Q Com | A | Dividend | K | T | | | | | |
| 27.    - VGT | A | Dividend | L | T | | | | | |
| 28.    - VWO | A | Dividend | K | T | | | | | |
| 29.    - Apple | A | Dividend | M | T | | | | | |
| 30.    - NBH | A | Dividend | J | T | | | | | |
| 31.    - Diageo | A | Dividend | J | T | | | | | |
| 32.    - Philip Morris | A | Dividend | J | T | | | | | |
| 33.    - Gabelli Utilities Fund | B | Dividend | K | T | | | | | |
| 34.    - First Trust High Income | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 36.  - SPDR Nuveen S&P High | A | Dividend | J | T | | | | | |
| 37.  - Philips 66 | A | Dividend | J | T | | | | | |
| 38.  - Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 39.  - Glaxo Smith | A | Dividend | J | T | | | | | |
| 40.  - Hamilton County Ohio Economic Development Bond | A | Interest | K | T | | | | | |
| 41.  - Becton Dickinson | A | Dividend | J | T | | | | | |
| 42.  - IDV | A | Dividend | J | T | | | | | |
| 43.  - Blackrock Liquidity Money Market Fund (cash equivalent) | B | Int./Div. | N | T | | | | | |
| 44.  - Citizens Bank Cash Accounts (cash equivalent) | C | Int./Div. | | | Matured | 05/21/20 | M | | |
| 45.  - WABTEC | A | Dividend | J | T | | | | | |
| 46.  - Synchrony Bank Cash Accounts (cash equivalent) | D | Interest | N | T | | | | | |
| 47.  - Cedar Fair | D | Dividend | L | T | | | | | |
| 48.  - Invesco Loan ETF (BKLN) | A | Dividend | J | T | | | | | |
| 49.  - Public Storage Perp. Bond | B | Dividend | K | T | Buy | 06/08/20 | K | | |
| 50.  IRA #1 (H) | | | | | | | | | |
| 51.  - Thomas McDonald Money Market Fund (RBC Capital) (cash equivalent) | A | Dividend | | | Sold | 04/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Black Creek Diversified | A | Dividend | | | Sold | 03/31/20 | K | A | |
| 53. IRA #2 (H) | | | | | | | | | |
| 54. - Schwab Value Advantage Money Fund (cash equivalent) | A | Interest | | | Sold | 07/28/20 | K | | |
| 55. IRA #3 (H) | | | | | | | | | |
| 56. - Morgan Stanley & Co. | D | Int./Div. | P1 | T | | | | | |
| 57. IRA #4 (H) | | | | | | | | | |
| 58. - Blackrock Build America (BBN) | A | Dividend | J | T | | | | | |
| 59. - Spider China ETF (GXC) | A | Dividend | K | T | | | | | |
| 60. - Vanguard Total Market EFT (VTI) | A | Dividend | K | T | | | | | |
| 61. - Dodge & Cox Income (DODIX) | A | Dividend | K | T | | | | | |
| 62. - Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 63. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 64. - Vanguard Money Market Funds (Prime, Federal) (cash equivlalent) | A | Interest | L | T | | | | | |
| 65. - Vanguard High Yield Corp (VWEHX) | A | Dividend | J | T | | | | | |
| 66. - SPDR Int Div (DWX) | A | Dividend | J | T | | | | | |
| 67. - Tortoise Energy (NDP) | B | Dividend | J | T | | | | | |
| 68. - Pennsylvania Mutual (PENNX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Annaly Capital (NLY) | A | Dividend | J | T | | | | | |
| 70. - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 71. - Vodafone (VOD) | B | Dividend | K | T | | | | | |
| 72. - Gateway (GATEX) | A | Dividend | K | T | | | | | |
| 73. - I Shares Russell Midcap (IWS) | A | Dividend | J | T | | | | | |
| 74. - Blackstone (BX) | B | Dividend | K | T | | | | | |
| 75. - GSMLP Energy (GER) | A | Dividend | J | T | | | | | |
| 76. - JP Morgan Equity (HLIEX) | B | Dividend | L | T | | | | | |
| 77. - Henderson European Focus (HFEAX) | A | Dividend | K | T | | | | | |
| 78. - Gabelli Utilities Fund (GAUIX) | C | Dividend | K | T | | | | | |
| 79. - VWO | A | Dividend | K | T | | | | | |
| 80. - VGK | A | Dividend | J | T | | | | | |
| 81. - IDV | A | Dividend | J | T | | | | | |
| 82. - CVX | A | Dividend | K | T | | | | | |
| 83. - EWZ | A | Dividend | J | T | | | | | |
| 84. - INVESCO International (OIBAX) (fka Oppenheimer) | A | Dividend | J | T | | | | | |
| 85. - Growth Fund of America (GFAFX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - DFE | A | Dividend | J | T | | | | | |
| 87.   - DXJ | A | Dividend | J | T | | | | | |
| 88.   - Key Cash Accounts (cash equivalent) | A | Interest | | | Matured | 02/11/20 | L | A | |
| 89.   - General Electric (GE) | A | Dividend | J | T | | | | | |
| 90.   - Mattel (MAT) | | Dividend | J | T | | | | | |
| 91.   - Molson (TAP) | A | Dividend | K | T | | | | | |
| 92.   - Vanguard Total Bond (BND) | A | Dividend | J | T | | | | | |
| 93.   - Gilead Science (GILD) | A | Dividend | J | T | | | | | |
| 94.   - DSL | A | Dividend | J | T | | | | | |
| 95.   - DFEOX | A | Dividend | L | T | | | | | |
| 96.   - DFITX | A | Dividend | K | T | | | | | |
| 97.   - DFREX | A | Dividend | K | T | | | | | |
| 98.   - DFALX | A | Dividend | K | T | | | | | |
| 99.   - DFQTX | A | Dividend | K | T | | | | | |
| 100.  - DFIEX | A | Dividend | K | T | | | | | |
| 101.  - Capital One Financial Bond (COF'J) | A | Interest | J | T | Buy | 03/19/20 | J | | |
| 102.  -Vanguard Short Term Bond (BSV) | A | Interest | J | T | Buy | 09/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   IRA #5 (H) | | | | | | | | | |
| 104.   - Tortoise Energy (NDP) | B | Dividend | K | T | | | | | |
| 105.   - VOYA Infrastructure | B | Dividend | K | T | | | | | |
| 106.   - Vanguard Money Market Funds (Federal, Prime) (cash equivalent) | A | Interest | K | T | | | | | |
| 107.   - Ares Capital (ARCC) | B | Dividend | K | T | | | | | |
| 108.   - OXY | A | Dividend | J | T | | | | | |
| 109.   - Medtronics | A | Dividend | K | T | | | | | |
| 110.   - Hanes (HBI) | A | Dividend | J | T | | | | | |
| 111.   - Steinmart (SMRT) | A | Dividend | | | Sold | 01/31/20 | J | | |
| 112.   - I Shares S&P (PFF) | B | Dividend | K | T | | | | | |
| 113.   - Gabelli Utilities (GAUIX) | C | Dividend | K | T | | | | | |
| 114.   - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 115.   - VXUS | A | Dividend | J | T | | | | | |
| 116.   - Covanta (CVA) | A | Dividend | J | T | | | | | |
| 117.   - VYM | A | Dividend | J | T | | | | | |
| 118.   - Microsoft (MSFT)* | D | Dividend | O | T | | | | | |
| 119.   - Cedar Fair (FUN) | A | Dividend | J | T | Buy | 02/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - OXY WT (OXYWS) | | None | J | T | Spinoff (from line 108) | 08/03/20 | J | | |
| 121.  John Hancock Venture Variable Rate Annuity (H) | | | | | | | | | |
| 122.  - Jennison Associates - Capital Appreciation | | None | L | T | | | | | |
| 123.  - Manulife Investment Management - Fundamental Large Cap Value | | None | K | T | | | | | |
| 124.  - Manulife Investment Management - Total Stock Market Index | | None | K | T | | | | | |
| 125.  - T. Rowe Price Associates - Blue Chip Growth | | None | L | T | | | | | |
| 126.  - T Rowe Price Associates - Science & Technology | | None | L | T | | | | | |
| 127.  - Templeton Global Advisors - Global | | None | K | T | | | | | |
| 128.  - Western Asset Management (WAMCO) - High Yield | | None | K | T | | | | | |
| 129.  Reliastar Whole Life (Insurance), nka Voya | A | Interest | K | T | | | | | |
| 130.  Citigroup (C)* | A | Dividend | J | T | | | | | |
| 131.  Coca Cola European (CCE)* | A | Dividend | K | T | | | | | |
| 132.  Walt Disney Company (DIS)* | A | Dividend | K | T | | | | | |
| 133.  FFD Financial (FFDF)* | A | Dividend | K | T | | | | | |
| 134.  Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 135.  Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |
| 136.  RPM International (RPM)* | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Old National Bank (ONB) | A | Dividend | J | T | | | | | |
| 138.  US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 139.  Huntington* | A | Dividend | J | T | | | | | |
| 140.  Merrill Lynch-Bank of America Money Market Accounts (cash equivalent) | B | Interest | M | T | | | | | |
| 141.  Amgen (AMGN)* | | None | K | T | | | | | |
| 142.  Applied Material (AMAT)* | A | Dividend | K | T | | | | | |
| 143.  Ares Capital (ARCC)* | B | Dividend | J | T | | | | | |
| 144.  AT&T (T)* | A | Dividend | K | T | | | | | |
| 145.  Bristol-Myers Squibb (BMY)* | A | Dividend | K | T | | | | | |
| 146.  Coca Cola (KO)* | B | Dividend | K | T | | | | | |
| 147.  Conagra Foods (CAG)* | A | Dividend | K | T | | | | | |
| 148.  Eli Lilly (LLY)* | A | Dividend | K | T | | | | | |
| 149.  Intel (INTL)* | A | Dividend | K | T | | | | | |
| 150.  KeyCorp (KEY)* | A | Dividend | J | T | | | | | |
| 151.  Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 152.  Marathon Petroleum (MPC) | A | Dividend | K | T | | | | | |
| 153.  Sony (SNE)* | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Verizon Communications (VZ)* | A | Dividend | K | T | | | | | |
| 155. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 156. Viacom cbs, fka CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 157. Goldman Sachs (GSMYX) | | None | K | T | | | | | |
| 158. Loomis Sayles (NEFZX) | A | Interest | K | T | | | | | |
| 159. Merck (MRK)* | A | Dividend | K | T | | | | | |
| 160. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | K | T | | | | | |
| 161. Pfizer (PFE) | A | Dividend | K | T | | | | | |
| 162. Key Bank Cash Accounts (cash equivalent) | B | Interest | N | T | | | | | |
| 163. SB Financial Group | A | Dividend | J | T | | | | | |
| 164. DTE Energy* | A | Dividend | K | T | | | | | |
| 165. Nationwide-AXOS Cash Accounts | C | Interest | L | T | | | | | |
| 166. Butler County Ohio Hospital Facilities Revenue Bond | C | Interest | L | T | | | | | |
| 167. IXJ | A | Dividend | L | T | | | | | |
| 168. VGT | A | Dividend | K | T | | | | | |
| 169. VEU | A | Dividend | J | T | | | | | |
| 170. Vanguard Money Market Funds (Federal, Prime, Municipal) (cash equiv) | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  VOHIX | C | Interest | O | T | | | | | |
| 172.  DFA US Core Equity (DFQTX) | C | Dividend | N | T | | | | | |
| 173.  DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 174.  DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 175.  ATOIX | A | Dividend | J | T | | | | | |
| 176.  XLP | A | Dividend | K | T | | | | | |
| 177.  Dexcom (DXCM) | | None | L | T | | | | | |
| 178.  VFSTX | A | Dividend | J | T | | | | | |
| 179.  Cisco (CISCO) | A | Dividend | K | T | | | | | |
| 180.  Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 181.  Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 182.  Kroger (KR) | A | Dividend | K | T | | | | | |
| 183.  Qualcomm (QCOM) | A | Dividend | L | T | | | | | |
| 184.  Exelon (EXC) | A | Dividend | J | T | | | | | |
| 185.  Abbott (ABT) | A | Dividend | J | T | | | | | |
| 186.  Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 187.  Proctor Gamble (PG) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 189.  Apple (AAPL) | A | Dividend | M | T | | | | | |
| 190.  Citrix (CTXS) | | None | K | T | | | | | |
| 191.  Rio Tinto (RIO) | A | Dividend | K | T | | | | | |
| 192.  Suncor (SU) | A | Dividend | K | T | | | | | |
| 193.  Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 194.  Avanos (AVNS), fka Halyard | | None | J | T | | | | | |
| 195.  Amazon (AMZN) | | None | L | T | | | | | |
| 196.  EBay (EBAY) | | None | J | T | | | | | |
| 197.  Zoetis (ZTS) | A | Dividend | K | T | | | | | |
| 198.  Vanguard Total Int. (VXUS) | A | Dividend | J | T | | | | | |
| 199.  I Share Japan (EWJ) | A | Dividend | J | T | | | | | |
| 200.  Invesco Loan EFT, fka Power Shares Exchange (BKLN) | A | Dividend | J | T | | | | | |
| 201.  Walmart | A | Dividend | J | T | | | | | |
| 202.  Prudential Financial (PRU) | A | Dividend | J | T | | | | | |
| 203.  Baxter (BAX) | A | Dividend | J | T | | | | | |
| 204.  PayPal (PYPL) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Synchrony Bank Cash Accounts (cash equivalent) | D | Interest | N | T | | | | | |
| 206. Hamilton County Ohio Economic Devevlopment Bond | A | Interest | K | T | | | | | |
| 207. Black Creek Diversified | B | Dividend | J | T | | | | | |
| 208. Lamb Weston | A | Dividend | J | T | | | | | |
| 209. Market Vector Short (SHYD) | A | Interest | J | T | | | | | |
| 210. Bowling Green State University Ohio Revenue Bond | A | Interest | K | T | | | | | |
| 211. Greenon, Ohio Local School District Bond | A | Interest | J | T | | | | | |
| 212. Connecticut Go. (Bond) | A | Interest | K | T | | | | | |
| 213. Logmein | A | Dividend | | | Sold | 08/31/20 | J | A | |
| 214. Ohio State Hospital Bond | A | Interest | J | T | | | | | |
| 215. Covanta (CVA) | A | Dividend | J | T | | | | | |
| 216. Blackrock Liquidity Money Market Fund (cash equivalent) | B | Interest | M | T | | | | | |
| 217. Citizens Bank Cash Accounts (cash equivalent) | C | Interest | | | Matured | 05/21/20 | M | | |
| 218. Youngstown State, Ohio University General | A | Interest | K | T | Buy | 05/15/20 | K | | |
| 219. AB Tax AWARE (Merrill Lynch) | D | Interest | N | T | Buy | 06/01/20 | N | | |
| 220. Capital One (Cash Equivalent) | B | Interest | L | T | Buy | 06/03/20 | L | | |
| 221. OXY WT (OXYWS) | | None | J | T | Spinoff (from line 135) | 08/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 5/7/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Vodafone (VOD) | A | Dividend | J | T | Buy | 09/09/20 | J | | |
| 223.  Vanguard Short Term Bond (BSV) | A | Interest | L | T | Buy | 09/16/20 | L | | |
| 224.  Viatris | | None | J | T | Spinoff<br>(from line 161) | 11/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 5/7/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line Names with asterisks are common stocks and ETFs.

Trust #1 (Lines 1-49) contains Aggregate Ownership Arrangement in which my spouse is a trustee of family trusts.

Deletions from 2019 Amended Financial Disclosure Report

Transfer from IRA #2 to IRA #4
2019 FDR Lines 56-59, Lines 61-62
DFEOX (now Line 95)
DFITX (now Line 96)
DFREX (now Line 97)
DFLAX (now Line 98)
DFQTX (now Line 99)
DFIEX (now Line 100)

Transfer from IRA #3 to IRA #5
2019 FDR Line 65
Microsoft (MSFT)* (now Line 118)

Additions to 2019 Amended Financial Disclosure Report

Line 49
Acqusition to Trust #1 / Public Storage Perp. Bond

Line 101
Acquisition to IRA #4 / Capital One Financial Bond (COF'J)

Line 102
Acquisition to IRA #4 / Vanguard Short Term Bond (BSV)

Line 119
Acquisition to IRA #5 / Cedar Fair (FUN)

Line 120 / OXY WT (OXYWS)
Spinoff from 2019 Amended FDR Line 112 / OXY (2020 FDR Line 108)

Acquisition made jointly or by spouse

Line 218 / Youngstown State, Ohio University General
Line 219 / AB Tax AWARE (Merrill Lynch)
Line 220 / Capital One (Cash Equivalent)
Line 222 / Vodafone (VOD)
Line 223 / Vanguard Short Term Bond (BSV)

Line 221 / OXY WT (OXYWS)
Spinoff from 2019 Amended FDR Line 136 / Occidental Petroleum (OXY) (2020 FDR Line 135)

Line 224 / Viatris
Spinoff from 2019 Amended FDR Line 163 / Pfizer (PFE) (2020 FDR Line 161)

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/7/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544